UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Boost Worldwide, Inc.,

               Plaintiff(s),

v.                                        Case No. 2:12−cv−10611−NGE−PJK
                                             Hon. Nancy G. Edmunds

Unlimited Wireless,

               Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for Default Judgment − #8

- MOTION HEARING: June 6, 2012 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/C. Hemeyer
                                          Case Manager

Dated: May 10, 2012