# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

---

BOOST WORLDWIDE, INC.,

    Plaintiff,

v.

UNLIMITED WIRELESS,

    Defendant.

---

Case No. 12-CV-10611

JUDGE NANCY G. EDMUNDS

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO APPEAR AND SHOW CAUSE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws its Motion for Order to Appear and to Show Cause filed on April 23, 2013. A hearing date has not been set.

Respectfully submitted,

Dated: July 22, 2013

By: /s/ *William Farah*
William Farah, Esq.
WILLIAM FARAH PLLC
214 S. Main St., Suite 203
Ann Arbor, MI 48104
(734) 926-8323

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---------------------------------------------------------x
| | |
|---|---|
| BOOST WORLDWIDE, INC., | : Case No. 12-CV-10611 |
| | : |
| Plaintiff, | : JUDGE NANCY G. EDMUNDS |
| | : |
| v. | : |
| | : |
| UNLIMITED WIRELESS, | : |
| | : |
| Defendant. | : |

---------------------------------------------------------x

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Notice of Withdrawal of Its Motion to Appear and Show Cause has been served upon the following by first class US mail, postage prepaid, at:

Unlimited Wireless
689 Huron Road
Pontiac, Michigan 48341

Dated: July 22, 2013                    By: /s/ *William Farah*
                                        William Farah, Esq.
                                        WILLIAM FARAH PLLC
                                        214 S. Main St., Suite 203
                                        Ann Arbor, MI 48104
                                        (734) 926-8323